**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RAMAZAN ALIBUTAEV** | **CASE NO. 26-720 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **E. GARCIA, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge (R. Doc. 34) having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Ramazan Alibutaev's Petition for habeas corpus is **GRANTED**: Respondents are **ORDERED** to release Petitioner from custody within seven (7) days, subject to reasonable conditions of supervision as DHS may lawfully impose. The Government must provide advance notice of his release to counsel of no less than two (2) hours.

**IT IS FURTHER ORDERED** that that Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

**THUS DONE AND SIGNED** in Chambers this 29th day of October, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**